ADAM G. GASNER (SBN: 201234)
Law Chambers Building
345 Franklin Street
San Francisco, CA  94102
Telephone:    415-782-6000
Facsimile:     415-782-6011
E-Mail:         adam@gasnerlaw.com

Attorney for Defendant
SARAH KNOEFLER-POTASH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SARAH KNOEFLER-POTASH,<br><br>Defendant. | Case Number: 16-CR-00052-JCS-1<br><br>STIPULATION TO CONTINUE SENTENCING &<br><br>[PROPOSED] ORDER. |

THE PARTIES STIPULATE AS FOLLOWS:

1. Sentencing in this case, set for Friday, September 23, 2016 at 10:30 a.m., may be continued to Friday, October 14, 2016 at 10:30 a.m. because of attorney Gasner's court conflicts at the San Francisco County Hall of Justice on the morning of September 23, 2016.

2. U.S. Probation has no objection.

-1-

**USA v. KNOEFLER-POTASH**
**No. 16-cr-00052-JCS**
**STIPULATION & PROPOSED ORDER**
**TO CONTINUE SENTENCING**

SO STIPULATED AND AGREED:

DATED: September 22, 2016

_____/s/_____
ADAM G. GASNER
Attorney for Defendant
SARAH KNOEFLER-POTASH

DATED: September 22, 2016

_____/s/_____
WILLIAM EDELMAN
Attorney for Plaintiff
UNITED STATES OF AMERICA

**ORDER**

IT IS HEREBY ORDERED that sentencing in this case, set for Friday, September 23, 2016 at 10:30 a.m., shall be continued to Friday, October 14, 2016 at 10:30 a.m.

DATED: September\_\_\_\_\_, 2016

_____
HON. JOSEPH C. SPERO
United States Magistrate Judge

**USA v. KNOEFLER-POTASH**
**No. 16-cr-00052-JCS**
**STIPULATION & PROPOSED ORDER**
**TO CONTINUE SENTENCING**