1  ADAM G. GASNER (SBN: 201234)
   Law Chambers Building
2  345 Franklin Street
   San Francisco, CA  94102
3  Telephone:     415-782-6000
   Facsimile:      415-782-6011
4  E-Mail:          adam@gasnerlaw.com

5  Attorney for Defendant
   SARAH KNOEFLER-POTASH
6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12

13  UNITED STATES OF AMERICA,              Case Number: 16-CR-00052-JCS-1

14              Plaintiff,                 STIPULATION TO CONTINUE
                                           SENTENCING &
15        vs.
                                           [PROPOSED] ORDER.
16
    SARAH KNOEFLER-POTASH,
17
                Defendant.
18

19

20       THE PARTIES STIPULATE AS FOLLOWS:

21          1.  Sentencing in this case, set for Friday, September 23, 2016 at 10:30 a.m., may be

22       continued to Friday, October 14, 2016 at 10:30 a.m. because of attorney Gasner's

23       court conflicts at the San Francisco County Hall of Justice on the morning of

24       September 23, 2016.

25          2.  U.S. Probation has no objection.

26

27

28
                                       -1-
   **USA v. KNOEFLER-POTASH**
   **No. 16-cr-00052-JCS**
   **STIPULATION & PROPOSED ORDER**
   **TO CONTINUE SENTENCING**

SO STIPULATED AND AGREED:


DATED: September 22, 2016

_____/s/_____
ADAM G. GASNER
Attorney for Defendant
SARAH KNOEFLER-POTASH


DATED: September 22, 2016

_____/s/_____
WILLIAM EDELMAN
Attorney for Plaintiff
UNITED STATES OF AMERICA


## ORDER

IT IS HEREBY ORDERED that sentencing in this case, set for Friday, September 23, 2016 at 10:30 a.m., shall be continued to Friday, October 14, 2016 at 10:30 a.m.


DATED: September 22 , 2016

_____
HON. JOSEPH C. SPERO
United States Magistrate Judge

USA v. KNOEFLER-POTASH
No. 16-cr-00052-JCS
STIPULATION & PROPOSED ORDER
TO CONTINUE SENTENCING